# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IDEARC MEDIA CORP., fka VERIZON DIRECTORIES CORP.,**

        **Plaintiff,**

-vs-　　　　　　　　　　　　　　　　　　　Case No. 6:08-cv-512-Orl-22KRS

**IMRAN CHAUDHRY and 1-800-A1-GLASS, a/k/a 1-800-21-GLASS,**

        **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **MOTION FOR DEFAULT AS TO DEFENDANT 1-800-A1-GLASS (Doc. No. 32)** |
| **FILED:** | December 4, 2008 |

**THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

In the above-captioned motion, Plaintiff IDEARC Media Corp. seeks an entry of default as to Defendant 1-800-A1-GLASS. Plaintiff's complaint identified 1-800-A1-GLASS as the trade name of Defendant Imran Chaudhry. Doc. No. 1 ¶ 3 ("Defendant Imran Chaudhry d/b/a 1-800-A1-GLASS is, and was at all material times herein, an individual residing in Orange County, Florida."). Chaudhry filed an answer *pro se* on October 31, 2008, that included an affirmative defense of fraud. Doc. No. 23.

Plaintiff now seeks a default against Defendant 1-800-A1-GLASS. In support of its motion, Plaintiff alleges that "Defendant 1-800-A1-GLASS was required to file a notice of appearance by a counsel by December 1, 2008, in accordance with M.D. Fla. Local R. 3.01(g)[1]" and pursuant to a "Court Order dated November 17, 2008."[2] *Id.* ¶ 2. The November 17 Order warned Defendant Chaudhry that his answer "may not be effective for 1-800-A1-GLASS, **if it is a corporation**." *Id.* (emphasis added). The Order did not require Chaudhry to retain counsel for himself individually or doing business as 1-800-A1-GLASS. Local Rule 2.03(e), which requires the appearance of counsel, applies only to corporations.

Plaintiff has failed to establish why Defendant Chaudhry's answer, Doc. No. 23, is not effective for both Chaudhry individually and Chaudhry doing business as 1-800-A1-GLASS. Accordingly, an entry of default as to 1-800-A1-GLASS would be premature.

**DONE** and **ORDERED** in Orlando, Florida on December 5, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

---

[1] Local Rule 3.01(g) does not apply here.

[2] Plaintiff's Motion refers to this Order as Docket Number 18. However, the undersigned's November 17, 2008 Order is docketed at Docket Number 29.